No. 89–5790.   WATTS *v.* JOHNSON, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–5794.   ANDERSON, AKA ALFONSI *v.* UNITED STATES. C. A. 8th Cir.   Certiorari denied.

No. 89–5805.   PICKENS *v.* MAKEL, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 89–5806.   LOVETT *v.* FOLTZ, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 89–5810.   FORERO *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–5818.   BARTLETT *v.* FLORIDA ET AL.   C. A. 11th Cir. Certiorari denied.

No. 89–5824.   AGAR *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 89–5829.   MANTANONA *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 89–5835.   WHITMORE ET AL. *v.* NEW YORK LIFE INSURANCE CO.   C. A. 8th Cir.   Certiorari denied.

No. 89–5839.   SIERS *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 89–5850.   MCCARTY *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 89–5851.   ROBINSON *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–5852.   ROSA-IBARRA *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 89–5854.   FAZZINI *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 89–5858.   VOIGT *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.